Swan, 8

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/17
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lauren Heffernan and Kayla Jenkins,<br><br>                          Plaintiffs,<br><br>          - against –<br><br>Delta Airlines, Inc. and<br>Alliance Ground International, LLC,<br><br>                          Defendants. | Civil Action No. 17-cv-00898-LTS |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the parties to this action stipulate to the dismissal of this entire action, on the merits, and with prejudice as to all claims, each party to bear its own attorneys' fees and costs, except as set forth in the parties' Confidential Settlement Agreement.

By *[signature]*

Davida Perry
Schwartz Perry & Heller, LLP
295 Madison Avenue
New York, NY 10017
Telephone: (212)-889-6565
Facsimile: (212)-779-8208
Email: dperry@schwartzandperry.com

*Attorneys for Plaintiffs*

Dated: March 31, 2017

By *[signature]*

Ira G. Rosenstein
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
E-mail: ira.rosenstein@morganlewis.com

*Attorneys for Defendant Delta Air Lines, Inc.*

Dated: ~~March~~ April 6, 2017

By *[signature]*

Richard Auerbach
McBreen & Kopko
500 N. Broadway
Jericho, NY 11753
Telephone: (516)-364-1095
Facsimile: (516)-364-0612
Email: rauerbach@mklawnyc.com

*Attorneys for Defendant
Alliance Ground International, LLC*

Dated: ~~March~~ April 7, 2017

SO ORDERED

*[signature]* 4/10/17

Honorable Laura Taylor Swain
United States District Court

tm